

**SO ORDERED.**
**SIGNED this 10th day of February, 2020**

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE (KNOXVILLE)

**IN RE:**

|  |  |
|---|---|
| **ALVIN DAVID LAWSON and** | Case No. 3:19-bk-33654-SHB |
| **CYNTHIA JANE LAWSON,** | Chapter 7 |
| Debtors. |  |

### ORDER GRANTING SPECIALIZED LOAN SERVICING, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY – 3920 Windcrest Road, Knoxville, TN

WHEREAS, **SPECIALIZED LOAN SERVICING, LLC as servicer Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2006-FF4, Mortgage Pass-Through Certificates, Series 2006-FF4** (the "Secured Party") filed a Motion for Relief from Automatic Stay and for Adequate Protection pursuant to Federal Rules of Bankruptcy Procedure 4001 and 9013, E.D. Tenn. LBR 4001-1(a) and 9013, and 11 U.S.C. § 362; and

WHEREAS, no objection to the relief sought in said Motion has been filed with the Court and served on the Secured Party within fourteen (14) days after the filing of the Motion, the time prescribed by E.D. Tenn. LBR 9013-1(h)(3) for the filing of such objections; and

WHEREAS, in the absence of an objection, the Secured Party is entitled to be granted the relief requested in said Motion without the necessity of a hearing, pursuant to E.D. Tenn. LBR 9013-1(h)(5). It is accordingly,

**ORDERED**: 1.  The Motion is granted;

2.  The bankruptcy stay applicable to property of the estate and property of the Debtors pursuant to 11 U.S.C. §362 is terminated as to the Collateral, real property generally known as **3920 Windcrest Road, Knoxville, TN 37931**;

3.  The relief granted herein is effective immediately and is not stayed pursuant to Rule 4001(a)(3), F.R.B.P.

# # #

APPROVED FOR ENTRY:

    /s/ Anthony R. Steele
**Anthony R. Steele, #016303**
Attorney for Secured Party
Winchester, Sellers, Foster & Steele, P.C.
P.O. Box 2428
Knoxville, TN  37901-2428
Phone: (865) 637-1980
Facsimile: (865) 637-4489
Email: Asteele@wsfs-law.com